UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
**CIVIL MINUTES – GENERAL**

| Case No. | **2:26-cv-05247-MCS-AYP** | Date | May 15, 2026 |
|---|---|---|---|

Title *Iglesias-Martinez v. Warden*

Present: The Honorable    Mark C. Scarsi, United States District Judge

| Stephen Montes Kerr | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:    (IN CHAMBERS) ORDER RE: APPLICATION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION (ECF NO. 2)**

Petitioner Ricardo Iglesias-Martinez brings this action for a writ of habeas corpus. (Pet., ECF No. 1.) Petitioner filed an application for a temporary restraining order. (Appl., ECF No. 2.)

Section 2 of Central District of California General Order No. 26-05 prescribes an expedited schedule for briefing on the merits of petitions for writs of habeas corpus seeking immigration-related relief. Petitioner's application does not establish how he will suffer an "imminent, irreparable harm that cannot be addressed by the standard scheduling order or by expediting the briefing schedule." Accordingly, the Court denies the application without prejudice. Any renewed application for a temporary restraining order must provide a specific showing in a declaration made under penalty of perjury of an imminent, irreparable harm that the expedited briefing schedule cannot address.

**IT IS SO ORDERED.**